IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CHARLES KELVIN JOHNS,           )
                                )
        Plaintiff,              )
                                )        CIVIL ACTION NO.
        v.                      )        2:16cv447-MHT
                                )           (WO)
ALABAMA DEPARTMENT OF           )
HUMAN RESOURCES,                )
                                )
        Defendant.              )

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. nos. 40 & 42) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 38) is adopted, with the exceptions stated in the opinion.

(3) Defendant's motion to dismiss (doc. no. 21) is granted.

(4) Plaintiff's motion to amend (doc. no. 29) is denied.

(5) Plaintiff's motion to produce (doc. no. 34) is denied with the exception of a copy of the docket sheet, which the clerk of court shall furnish to plaintiff.

(6) This case is dismissed without prejudice.

(7) All other motions are denied, and all pending objections are overruled, as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of September, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE